# SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA <br> EX REL., JOHN H. DENENEA, JR., <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant | * <br> * <br> * <br> * <br> * <br> * <br> * * * | CIVIL ACTION <br><br> NUMBER: 07-2795 <br><br> SECTION : "J" (1) <br><br> FILED IN CAMERA <br> AND UNDER SEAL |

### *EX PARTE* ORDER

Upon consideration of the United States' *ex parte* Application for a Partial Lifting of the Seal, and finding good cause therefor,

**IT IS HEREBY ORDERED** that, at the discretion of the United States, the United States may disclose the allegations raised by relator, John H. Denenea, Jr., and provide a copy of the complaint and any amended complaints subsequently filed to (1) relators and their counsel in *qui tam* actions against Allstate Insurance Company (Allstate) pending in this or other federal judicial districts, (2) courts in which such matters are or may be pending, and (3) Allstate.

**IT IS FURTHER ORDERED** that the complaint, any amended complaints and all other filings shall remain under seal, except insofar as the seal has been partially lifted by this Court, until further order of this Court.

___ Fee _____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

**IT IS FURTHER ORDERED** that the United States Attorney's Office for the Eastern District of Louisiana be provided with a signed copy of this order.

New Orleans, Louisiana, this 19th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE

**Copies to:**

Sharon D. Smith
Assistant U.S. Attorney
United States Attorney's Office
500 Poydras Street, Room B210
New Orleans, Louisiana 70130