UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
                                                      :
UNITED STATES OF AMERICA,                             :
ex rel. JOHN H. DENENEA, JR.,                         : CIVIL ACTION NO. 07-2795
                                                      :
              Plaintiff,                              : SECTION: "J" (1)
                                                      :
       v.                                             : JUDGE: BARBIER
                                                      :
ALLSTATE INSURANCE COMPANY,                           : MAGISTRATE: SHUSHAN
                                                      :
              Defendant.                              :
                                                      :
-----------------------------------------------------------------x
```

## REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 78.1E, Defendant Allstate Insurance Company, by and through its undersigned attorneys, hereby requests that the Court hear oral argument on Defendant's Motion to Dismiss on its hearing date, November 10, 2010 at 9:30 a.m.

Dated:  October 14, 2010                    Respectfully submitted,

                                            BARRASSO, USDIN, KUPPERMAN
                                            FREEMAN & SARVER, LLC

                                            /s/ Judy Y. Barrasso
                                            Judy Y. Barrasso, TA (2814)
                                            jbarrasso@barrassousdin.com
                                            909 Poydras Street, 24th Floor
                                            New Orleans, Louisiana  70112
                                            Telephone:  (504) 589-9700
                                            Facsimile:    (504) 589-9701

                                            Attorneys for Defendant,
                                            Allstate Insurance Company

11926665.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has this date been served upon all parties to this suit through counsel by filing into the Court's electronic filing system and, for non-participants, via electronic mail, this 14th day of October, 2010.

/s/ Judy Y. Barrasso
JUDY Y. BARRASSO

11926665.1