UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
                                              :
UNITED STATES OF AMERICA,                     :
ex rel. JOHN H. DENENEA, JR.,                 : CIVIL ACTION NO. 07-2795
                                              :
                        Plaintiff,            : SECTION: "J" (1)
                                              :
            v.                                : JUDGE: BARBIER
                                              :
ALLSTATE INSURANCE COMPANY,                   : MAGISTRATE: SHUSHAN
                                              :
                        Defendant.            :
                                              :
-----------------------------------------------------------------x
```

## NOTICE OF RELATED CASE

NOW INTO COURT, through undersigned counsel, comes Allstate Insurance Company ("Allstate"), and gives notice pursuant to Local Rules 3.1 and 3.1.1E of the United States District Court for the Eastern District of Louisiana that this case involves a subject matter that comprises all or a material part of the subject matter and operative facts of another action pending before this court.

The captioned case is "related" to a *qui tam* action currently pending in Section R (Vance, J.) within the meaning of Local Rule 3.1, *Branch v. Allstate Ins. Co. et al.*, No. 06-4091, as both cases involve (1) the same plaintiff, the United States of America, (2) the same statute (the False Claims Act), and (3) the same subject matter allegations that defendant Allstate submitted false claims by fraudulently overstating flood damages paid by the government in the

//

//

- 1 -

wake of Hurricane Katrina.  Both cases involve issues pertaining to the False Claims Act's first-to-file bar, 31 U.S.C. § 3730(b)(5), and the public disclosure bar, 31 U.S.C. § 3730(e)(4).

Dated:  October 14, 2010

Respectfully submitted,

BARRASSO, USDIN, KUPPERMAN
FREEMAN & SARVER, LLC

/s/ Judy Y. Barrasso
Judy Y. Barrasso, TA (2814)
jbarrasso@barrassousdin.com
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700
Facsimile:   (504) 589-9701

Attorneys for Defendant,
Allstate Insurance Company

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has this date been served upon all parties to this suit through counsel by filing into the Court's electronic filing system and, for non-participants, via electronic mail, this 14th day of October, 2010.

/s/ Judy Y. Barrasso
JUDY Y. BARRASSO