UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN H. DENENEA, JR.  CIVIL ACTION

VERSUS  NO: 07-2795

ALLSTATE INSURANCE COMPANY  SECTION: "J" (1)

### ORDER

The Court has recently been advised that the subject matter of the above-captioned case appears to be related to that asserted in Civil Action 06-4091, "Branch Consultants, L.L.C. v. Allstate Insurance Company, et al."

Accordingly, **IT IS ORDERED** that the above captioned matter be **TRANSFERRED** to Section "R", Magistrate Judge Division 1, of this Court.

New Orleans, Louisiana this 15th day of October, 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

TRANSFERRED TO
SECT. R MAG. 1

1

___Fee _____
___Process _____
_X_ Dktd _____
___CtRmDep _____
___Doc. No. _____